PEOPLE ex rel. COMMISSIONERS OF PUBLIC CHARITIES AND CORRECTION v. CULLEN. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by the people of the state of New York on the relation of the commissioners of public charities and correction against William Cullen. Payson Merrill, for appellant. Percy McElrath, for respondent.

PER CURIAM. The main question involved in this appeal was decided by this court in a prior proceeding against the defendant. 7 App. Div. 118, 40 N. Y. Supp. 1. The defendant now sets up, as his only defense to this proceeding, the same decree of the superior court in the suit for separation that was made the basis of his defense on the prior proceeding. The effect of that decree was fully considered by us on the previous appeal; and it was then held that the defendant was not, as a consequence of that decree, absolved from his duty to the public of supporting his wife if he had the pecuniary ability so to do. That he had such pecuniary ability is clearly shown by the testimony taken before the city magistrate on this proceeding. The agent in charge of the defendant's real estate testified that the net income derived from that real estate was $1,040 a year. The order must be affirmed, with $10 costs and disbursements.

PEOPLE ex rel. COMMISSIONERS OF PUBLIC CHARITIES, Respondent, v. MOFFET, Appellant. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by the people of the state of New York on the relation of the commissioners of public charities against Edward Moffet. H. A. Sperry, for appellant. G. W. Lyon, for respondent. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. FAR ROCKAWAY IMP. CO. v. BOARD OF TRUSTEES OF VILLAGE OF FAR ROCKAWAY et al. (Supreme Court, Appellate Division, Second Depart-

ment. June 22, 1897.) Action by the people of the state of New York on the relation of the Far Rockaway Improvement Company against the board of trustees of the village of Far Rockaway and others. No opinion. Proceedings and determination of the jury annulled, with $10 costs and disbursements.

PEOPLE ex rel. FIELD v. SKIDMORE et al. (two cases). (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Actions by the people of the state of New York on the relation of Edmund Field against William H. Skidmore and George C. Hendrickson. No opinion. Appeal dismissed.

PEOPLE ex rel. KENNEDY, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. July 2, 1897). Action by the people of the state of New York on the relation of Thomas G. Kennedy against Theodore Roosevelt and others. E. H. Hawke, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. McNULTY, Appellant, v. LA GRANGE et al., Respondents. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by the people of the state of New York on the relation of Charles A. McNulty against O. H. La Grange and others. L. J. Grant, for appellant. W. L. Findley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. RAFFERTY, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by the people of the state of New York on the relation of Owen F. Rafferty against Theodore Roosevelt and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. ROONEY, Respondent, v. LAWLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by the people of the state of New York on the relation of James J. Rooney against John Lawler and others, constituting the board of police commissioners of Long Island City. No opinion. Order affirmed, with $10 costs and disbursements.